

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00644-CV

**UTILITY TRAILER SALES SOUTHEAST TEXAS, INC.,**
Appellant

v.

Hector L. **LOZANO** and Mary E. Short,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT003881 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and the cause is REMANDED to the trial court with instructions to sign an order compelling arbitration and staying the pending litigation. It is ORDERED that appellant, Utility Trailer Sales Southeast Texas, Inc., recover its costs of this appeal from appellees, Hector L. Lozano and Mary E. Short.

SIGNED July 19, 2017.

_____
Marialyn Barnard, Justice